**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIDGELUX INC. | NO. CV 08-80028 JL |
|     Plaintiff, | |
| v. | |
| CREE INC. | **CLERK'S NOTICE RE: INCLUSION OF CASE INTO E-FILING PROGRAM** |
|     Defendant. / | |

<u>*Bridgelux Inc.*</u> having obtained counsel, this case is hereby designated for inclusion in the e-filing program pursuant to General Order 45 Section III (see the Court's Electronic Case Filing website, ecf.cand.uscourts.gov).

Further, General Order 45 provides at Section IV(A) that "Each attorney of record is obligated to become an ECF User and be assigned a user ID and password for access to the system upon notification that the action is subject to ECF." Counsel in this case who have not yet registered as ECF Users must do so immediately. Forms and instructions for registering can be found on the Court's website at ecf.cand.uscourts.gov.

Dated: March 10, 2008

<u>Gloria Acevedo</u>
Deputy Clerk