**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRIDGELUX, INC.,

      Plaintiff,

  v.

CREE, INC.,

      Defendant.

No. C 08-80028-MISC JSW

**ORDER OF REFERRAL**

Pursuant to Local Rule 72-1, the motion by Bridgelux, Inc. to quash Cree, Inc.'s subpoenas to third-party Phillips Lumileds Lighting and request for monetary sanctions and all other discovery disputes in this matter are HEREBY REFERRED to a randomly assigned magistrate judge for resolution. The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge.

**IT IS SO ORDERED.**

Dated: March 11, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom