1  NICHOLAS A. BROWN (Bar No. 198210)
   nicholas.brown@weil.com
2  WEIL, GOTSHAL & MANGES LLP
   Silicon Valley Office
3  201 Redwood Shores Parkway
   Redwood Shores, CA  94065
4  Telephone: (650) 802-3000
   Facsimile: (650) 802-3100
5
   Attorneys for Defendant
6  CREE, INC.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO DIVISION

11

12 BRIDGELUX, INC.,                    Case No. 3:08-mc-80028 JSW (EDL)

13            Plaintiff,

14    v.

15 CREE, INC.,

16            Defendant.

17

18

19     ***MISCELLANEOUS ADMINISTRATIVE REQUEST
       PURSUANT TO CIVIL LOCAL RULES 7-10 AND 79-5 TO
20     SEAL DOCUMENTS RELATED TO CREE'S OPPOSITION TO
                     MOTION TO QUASH***

21
                  Date: April 22, 2008
22                Time: 9:00 a.m.

23             Date of Filing: March 7, 2008
                  Trial Date: N/A
24
               *Mag. Elizabeth D. Laporte*
25

26

27

28

1   Cree, Inc. ("Cree") hereby requests, pursuant to Civil Local Rules 7-11 and 79-5, an Order sealing the following documents lodged under seal in connection with Cree's Opposition To Motion To Quash Subpoena:

   1) The unredacted version of Cree's Opposition to Motion to Quash Subpoena

   2) The Confidential Declaration of Nicholas A. Brown In Support Of Cree's Opposition to Motion to Quash Subpoena, and the confidential exhibits attached thereto, specifically labeled Exhibits 1-6.

   The unredacted version of Cree's Opposition to Motion to Quash Subpoena and the documents labeled as Exhibits 1-6 attached to the Confidential Declaration of Nicholas A. Brown In Support Of Cree's Opposition to Motion to Quash Subpoena contain information or quotation from information that BridgeLux, Inc. has designated as confidential under the Protective Order entered in the underlying case pending in the Eastern District of Texas, *Bridgelux, Inc. v. Cree, Inc.* No. 06-cv-00240-RHC. As a result, Cree lodges this documents under seal. A redacted version of the Cree's Opposition to Motion to Quash Subpoena with the confidential portions removed has been filed herewith. Accordingly, this narrowly-tailored request to seal is only for material which has been designated confidential. A Proposed Order has been filed and served herewith.

Dated: April 1, 2008                    WEIL, GOTSHAL & MANGES LLP

                                        By:   */s/ Nicholas A. Brown*
                                              Nicholas A. Brown
                                              Attorneys for Defendant

MAR TO SEAL DOCUMENTS
SV1:\291538\01\68y@01!.DOC\39603.0015          1          Case No. 3:08-mc-80028 JSW (EDL)

1  NICHOLAS A. BROWN (Bar No. 198210)
   nicholas.brown@weil.com
2  WEIL, GOTSHAL & MANGES LLP
   Silicon Valley Office
3  201 Redwood Shores Parkway
   Redwood Shores, CA  94065
4  Telephone: (650) 802-3000
   Facsimile: (650) 802-3100
5
   Attorneys for Defendant
6  CREE, INC.

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO DIVISION

11

12  BRIDGELUX, INC.,                        Case No. 3:08-mc-80028 JSW (EDL)

13          Plaintiff,

14     v.

15  CREE, INC.,

16          Defendant.

17

18

19        *[PROPOSED] ORDER GRANTING MISCELLANEOUS*
         *ADMINISTRATIVE REQUEST PURSUANT TO CIVIL LOCAL*
20        *RULES 7-11 AND 79-5 TO SEAL DOCUMENTS RELATED TO*
              *CREE'S OPPOSITION TO MOTION TO QUASH*
21
                        Date:  April 22, 2008
22                      Time:  9:00 a.m.

23                  Date of Filing:  March 7, 2008
                         Trial Date:  N/A
24
                    *Mag. Elizabeth D. Laporte*
25

26

27

28

1  Having considered Cree, Inc.'s Miscellaneous Administrative Request Pursuant to Civil Local Rules 7-11 and 79-5 to Seal Documents Related To Cree's Motion To Quash Subpoena (hereinafter "Cree's Miscellaneous Administrative Request"), THE COURT GRANTS THE MOTION AND HEREBY ORDERS AS FOLLOWS:

   1) The unredacted version of Cree's Opposition to Motion to Quash Subpoena shall be sealed.

   2) The Confidential Declaration of Nicholas A. Brown In Support Of Cree's Opposition to Motion to Quash Subpoena, and the confidential exhibits attached thereto, specifically labeled Exhibits 1-6, shall be sealed.

Dated:

_____
The Honorable Elizabeth D. Laporte
U.S. District Court Mag. Judge

[PROPOSED] ORDER GRANTING
MISCELLANEOUS ADMINISTRATIVE
REQUEST

Case No. 3:08-mc-80028 JSW (EDL)
SV1:\291537\01\68y901!.DOC\39603.0015