1  NICHOLAS A. BROWN (Bar No. 198210)
   nicholas.brown@weil.com
2  WEIL, GOTSHAL & MANGES LLP
   Silicon Valley Office
3  201 Redwood Shores Parkway
   Redwood Shores, CA  94065
4  Telephone: (650) 802-3000
   Facsimile: (650) 802-3100
5
   Attorneys for Defendant
6  CREE, INC.

7

8                         UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10                             SAN FRANCISCO DIVISION

11

12 BRLDGELUX, INC.,                          Case No. 3:08-mc-80028 JSW (EDL)

13             Plaintiff,

14       v.

15 CREE, INC.,

16             Defendant.

17

18

19       *DECLARATION OF NICHOLAS A. BROWN IN SUPPORT OF
              MISCELLANEOUS ADMINISTRATIVE REQUEST*
20    *PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5 TO*
      *SEAL DOCUMENTS RELATED TO CREE'S OPPOSITION TO*
21                      *MOTION TO QUASH*

22                       Date:  April 22, 2008
                         Time:  9:00 a.m.
23
                    Date of Filing: March 7, 2008
24                        Trial Date:  N/A

25                    *Mag. Elizabeth D. Laporte*

26

27

28

I, Nicholas A. Brown, declare:

1. I am a member of the Bar of this Court and an attorney with the law firm of Weil, Gotshal & Manges LLP, counsel of record for Cree, Inc. in the above-captioned matter. I submit this declaration based on personal knowledge and following a reasonable investigation. If called upon as a witness, I could competently testify to the truth of each statement herein.

2. The unredacted version of Cree's Opposition to Motion to Quash Subpoena contains references or quotations from materials BridgeLux, Inc. ("BridgeLux") designated as Confidential under the Protective Order entered in the underlying case pending in the Eastern District of Texas, *Bridgelux, Inc. v. Cree, Inc.* No. 06-cv-00240-RHC.

3. The Confidential Declaration of Nicholas A. Brown In Support Of Cree's Opposition to Motion to Quash Subpoena, and the confidential exhibits attached thereto, specifically labeled Exhibits 1-6, are documents that BridgeLux has designated as Confidential under the same Protective Order.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 1, 2008, at Redwood Shores, California.

    /s/ Nicholas A. Brown
    Nicholas A. Brown