Henry C. Bunsow (SBN 60707) (bunsowh@howrey.com)
K. T. Cherian (SBN 133967) (cheriank@howrey.com)
Robert F. Kramer (SBN 181706) (kramerr@howrey.com)
Constance F. Ramos (SBN 203637) (ramosc@howrey.com)
Aaron Myers (SBN 200145) (myersa@howrey.com)
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999

Attorneys for Plaintiff/Counterclaim-Defendant
BRIDGELUX, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BRIDGELUX, INC., <br><br> Plaintiff and Counterclaim-Defendant, <br><br> vs. <br><br> CREE, INC., <br><br> Defendant and Counterclaim-Plaintiff. | Case No. 3:08-mc-80028 JSW (EDL) <br><br> (Underlying Case No. 9:06-CV-00240-RHC, pending in U.S.D.C., E.D. Tex., Lufkin Div.) <br><br> **NOTICE OF WITHDRAWAL OF BRIDGELUX, INC.'S MOTION TO QUASH CREE, INC.'S SUBPOENAS TO NON-PARTY PHILIPS LUMILEDS LIGHTING COMPANY** <br><br> Motion to Quash Filed:  March 7, 2008 <br> Hearing Date:          April 22, 2008 <br> Hearing Time:          9:00 a.m. |

**NOTICE OF WITHDRAWAL BASED ON STIPULATION**

This matter relates to a motion to quash subpoenas served in this district as part of a patent litigation currently pending in the Eastern District of Texas. The subpoenas were served by Defendant/ Counterclaim-Plaintiff Cree, Inc. ("Cree") on third-party Philips Lumileds Lighting Co. ("Lumileds"), which moved to quash. Plaintiff/ Counterclaim-Defendant BridgeLux, Inc. ("BridgeLux") also moved to quash and requested monetary sanctions.

Subsequently, Cree and BridgeLux reached an agreement in the underlying litigation. Based on that agreement, Cree has withdrawn its pending subpoenas to Lumileds, and Lumileds has withdrawn its motion to quash, as memorialized in the Stipulated Withdrawal of Lumiled's Motion to Quash attached as Exhibit A to the Declaration of Aaron Myers submitted herewith. BridgeLux and Cree then met and conferred, and agree that BridgeLux's motion to quash should be withdrawn as moot.

Dated: April 9, 2008

/s/ Aaron Myers
Aaron Myers
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California 94105
myersa@howrey.com

Attorney for Plaintiff/Counterclaim-Defendant
BRIDGELUX, INC.

21142571_

Henry C. Bunsow (SBN 60707) (bunsowh@howrey.com)
K. T. Cherian (SBN 133967) (cheriank@howrey.com)
Robert F. Kramer (SBN 181706) (kramerr@howrey.com)
Constance F. Ramos (SBN 203637) (ramosc@howrey.com)
Aaron Myers (SBN 200145) (myersa@howrey.com)
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999

Attorneys for Plaintiff/Counterclaim-Defendant
BRIDGELUX, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| BRIDGELUX, INC., <br><br>　　　　Plaintiff and Counterclaim-Defendant, <br><br>　　vs. <br><br>CREE, INC., <br><br>　　　　Defendant and Counterclaim-Plaintiff. | Case No. 3:08-mc-80028 JSW (EDL) <br><br>(Underlying Case No. 9:06-CV-00240-RHC, pending in U.S.D.C., E.D. Tex., Lufkin Div.) <br><br>**[PROPOSED] ORDER REGARDING BRIDGELUX, INC.'S NOTICE OF WITHDRAWAL OF ITS MOTION TO QUASH CREE, INC.'S SUBPOENAS TO NON-PARTY PHILIPS LUMILEDS LIGHTING COMPANY** <br><br>Motion to Quash Filed:　March 7, 2008 <br> Hearing Date:　　　　　April 22, 2008 <br> Hearing Time:　　　　　9:00 a.m. |

HOWREY LLP

[PROPOSED] ORDER REGARDING BRIDGELUX INC.'S
NOTICE OF WITHDRAWAL OF ITS MOTION TO QUASH CREE
INC.'S SUBPOENA TO LUMILEDS

CASE NO. 3:08-MC-80028 JSW (EDL)

Pursuant to the Stipulated Withdrawal of Lumiled's Motion to Quash attached as Exhibit A to the Declaration of Aaron Myers submitted in support of BridgeLux's Notice of Withdrawal of Motion to Quash, showing that Cree has withdrawn its pending subpoenas to Lumileds, and that Lumileds has withdrawn its motion to quash; and pursuant to the Notice of Withdrawal filed by BridgeLux, IT IS ORDERED that BridgeLux's motion to quash is withdrawn as moot.

Dated: _____     _____
                                  The Honorable Elizabeth Laporte
                                  United States Magistrate Judge

HOWREY LLP

[PROPOSED] ORDER REGARDING BRIDGELUX INC.'S
NOTICE OF WITHDRAWAL OF ITS MOTION TO QUASH CREE         1         CASE NO. 3:08-MC-80028 JSW (EDL)
INC.'S SUBPOENA TO LUMILEDS