1  Henry C. Bunsow (SBN 60707) (bunsowh@howrey.com)
2  K. T. Cherian (SBN 133967) (cheriank@howrey.com)
   Robert F. Kramer (SBN 181706) (kramerr@howrey.com)
3  Constance F. Ramos (SBN 203637) (ramosc@howrey.com)
   Aaron Myers (SBN 200145) (myersa@howrey.com)
4  HOWREY LLP
   525 Market Street, Suite 3600
5  San Francisco, California 94105
   Telephone: (415) 848-4900
6  Facsimile: (415) 848-4999

7  Attorneys for Plaintiff/Counterclaim-Defendant
   BRIDGELUX, INC.
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                         SAN FRANCISCO DIVISION

12  BRIDGELUX, INC.,                    ) Case No. 3:08-mc-80028 JSW (EDL)
                                        )
13          Plaintiff and Counterclaim- ) (Underlying Case No. 9:06-CV-00240-RHC,
14          Defendant,                  ) pending in U.S.D.C., E.D. Tex., Lufkin Div.)
                                        )
15      vs.                             ) **DECLARATION OF AARON MYERS IN
                                        ) SUPPORT OF BRIDGELUX, INC.'S
16  CREE, INC.,                         ) NOTICE OF WITHDRAWAL OF MOTION
                                        ) TO QUASH CREE, INC.'S SUBPOENAS TO
17          Defendant and Counterclaim- ) NON-PARTY PHILIPS LUMILEDS
            Plaintiff.                  ) LIGHTING COMPANY**
18                                      )
                                        )
19                                      ) Motion to Quash Filed:  March 7, 2008
                                        ) Hearing Date:           April 22, 2008
20                                      ) Hearing Time:           9:00 a.m.

21

22

23

24

25

26

27

28

HOWREY LLP

DECL. OF AARON MYERS IN SUPPORT OF BRIDGELUX'S                           CASE NO. 3:08-MC-80028 JSW (EDL)
NOTICE OF WITHDRAWAL OF ITS MOTION TO QUASH CREE,
INC.'S SUBPOENAS TO NON-PARTY LUMILEDS

I, Aaron Myers, hereby declare as follows:

1. I am an attorney at law duly authorized to practice before this Court and a senior associate at the law firm of Howrey LLP. The following declaration is based on my personal knowledge. If called upon to testify, I could and would competently testify as to the matters set forth below.

2. This matter relates to a motion to quash subpoenas served in this district as part of a patent litigation currently pending in the Eastern District of Texas. The subpoenas were served by Defendant/ Counterclaim-Plaintiff Cree, Inc. ("Cree") on third-party Philips Lumileds Lighting Co. ("Lumileds"), which moved to quash. Plaintiff/ Counterclaim-Defendant BridgeLux, Inc. ("BridgeLux") also moved to quash and requested monetary sanctions.

3. Subsequently, Cree and BridgeLux reached an agreement in the underlying litigation. Based on that agreement, Cree has withdrawn its pending subpoenas to Lumileds, and Lumileds has withdrawn its motion to quash, as memorialized in the Stipulated Withdrawal of Lumiled's Motion to Quash, a true and correct copy of which is attached hereto as Exhibit A.

4. Following Cree's withdrawal of the subpoenas, I conferred with Cree's counsel, Nicolas Brown, regarding BridgeLux's motion to quash. Mr. Brown and I agreed that BridgeLux would file the Notice of Withdrawal submitted herewith, attaching Exhibit A to evidence Cree's withdrawal of the subpoenas to Lumileds, and without the need for an additional written stipulation between BridgeLux and Cree.

I certify that the forgoing is correct and if called upon to testify as to the truth of any statement herein I could do so competently.

Executed this 9th day of April, 2008, at East Palo Alto, California.

      /s/ Aaron Myers

DM_US:21143223_1

HOWREY LLP

DECL. OF AARON MYERS IN SUPPORT OF BRIDGELUX'S NOTICE OF WITHDRAWAL OF ITS MOTION TO QUASH CREE, INC.'S SUBPOENAS TO NON-PARTY LUMILEDS    1    CASE NO. 3:08-MC-80028 JSW (EDL)

# EXHIBIT A

1  [APPEARANCES LISTED ON SIGNATURE PAGE]
2
3
4
5
6
7
8
9
10
11
12
13
14                    UNITED STATES DISTRICT COURT
15         NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION
16
17  BRIDGELUX, INC.,                    Case No. 5:08-mc-80029 RMW (PVT)
18              Plaintiff/Counterclaim  STIPULATED WITHDRAWAL OF
                Defendant               THIRD PARTY PHILIPS LUMILEDS
                                        LIGHTING COMPANY LLC'S
19       v.                             MOTION TO QUASH OR MODIFY
                                        SUBPOENAS SERVED BY CREE,
20  CREE, INC.,                         INC.; SUPPORTING DECLARATION;
                                        [PROPOSED] ORDER
21              Defendant/Counterclaim
                Plaintiff.              Honorable Ronald M. Whyte
22
23
24
25
26
27
28

1        This matter relates to a motion to quash subpoenas served in this district as part of a patent litigation currently pending in the Eastern District of Texas. The subpoenas were served by defendant Cree, Inc. on third-party Philips Lumileds Lighting Co., who moved to quash.

      Subsequently, defendant Cree and plaintiff BridgeLux, Inc. reached an agreement in the underlying litigation, and based on that agreement Cree has withdrawn its pending subpoenas of Lumileds. Philips Lumileds and Cree then met and conferred, and agree that Lumileds' motion to quash should be withdrawn as moot.

Dated: April 8, 2008

        /s/ *Andrew Wu*
        Andrew Wu
        Morgan, Lewis & Bockius, LLP
        2 Palo Alto Square
        3000 El Camino Real, Suite 700
        Palo Alto, CA 94306
        E-mail: awu@morganlewis.com

        Attorney for Third Party
        PHILIPS LUMILEDS LIGHTING CO. LLC

Dated: April 8, 2008

        /s/ *Nicholas A. Brown*
        Nicholas A. Brown (Bar No. 198210)
        E-Mail: nicholas.brown@weil.com
        WEIL, GOTSHAL & MANGES LLP
        Silicon Valley Office
        201 Redwood Shores Parkway
        Redwood Shores, CA 94065
        Telephone: (650) 802-3000
        Facsimile: (650) 802-3100

        Attorney for Defendant
        CREE, INC.

PURSUANT TO STIPULATION, IT IS ORDERED that Philips Lumileds' motion is withdrawn as moot.

Dated: _____

The Honorable Patricia V. Trumbull
U.S. District Court Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# GENERAL ORDER ATTESTATION

Pursuant to General Order No. 45, Section X(B) regarding signatures, I, Andrew J. Wu attest that concurrence in the filing of this document has been obtained from Nicholas A. Brown. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 8th day of April, 2008, at Palo Alto, California.


/s/ Andrew J. Wu
Andrew J. Wu

STIPULATED WITHDRAWAL OF LUMILEDS' MOTION TO QUASH
CREE'S SUBPOENAS; SUPPORTING DECLARATION; [PROPOSED]
ORDER

Case No. 5:08-mc-80029 RMW (PVT)