Henry C. Bunsow (SBN 60707) (bunsowh@howrey.com)
K. T. Cherian (SBN 133967) (cheriank@howrey.com)
Robert F. Kramer (SBN 181706) (kramerr@howrey.com)
Constance F. Ramos (SBN 203637) (ramosc@howrey.com)
Aaron Myers (SBN 200145) (myersa@howrey.com)
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999

Attorneys for Plaintiff/Counterclaim-Defendant
BRIDGELUX, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BRIDGELUX, INC.,<br><br>    Plaintiff and Counterclaim-Defendant,<br><br>vs.<br><br>CREE, INC.,<br><br>    Defendant and Counterclaim-Plaintiff. | Case No. 3:08-mc-80028 JSW (EDL)<br><br>(Underlying Case No. 9:06-CV-00240-RHC, pending in U.S.D.C., E.D. Tex., Lufkin Div.)<br><br>**[PROPOSED] ORDER REGARDING BRIDGELUX, INC.'S NOTICE OF WITHDRAWAL OF ITS MOTION TO QUASH CREE, INC.'S SUBPOENAS TO NON-PARTY PHILIPS LUMILEDS LIGHTING COMPANY**<br><br>Motion to Quash Filed:  March 7, 2008<br>Hearing Date:  April 22, 2008<br>Hearing Time:  9:00 a.m. |

HOWREY LLP

[PROPOSED] ORDER REGARDING BRIDGELUX INC.'S
NOTICE OF WITHDRAWAL OF ITS MOTION TO QUASH CREE
INC.'S SUBPOENA TO LUMILEDS

CASE NO. 3:08-MC-80028 JSW (EDL)

1  Pursuant to the Stipulated Withdrawal of Lumiled's Motion to Quash attached as Exhibit A to
2  the Declaration of Aaron Myers submitted in support of BridgeLux's Notice of Withdrawal of Motion
3  to Quash, showing that Cree has withdrawn its pending subpoenas to Lumileds, and that Lumileds has
4  withdrawn its motion to quash; and pursuant to the Notice of Withdrawal filed by BridgeLux, IT IS
5  ORDERED that BridgeLux's motion to quash is withdrawn as moot.

7  Dated: April 14, 2008

   _____
   The Honorable Elizabeth Laporte
   United States Magistrate Judge

   [Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]
   [Stamp: IT IS SO ORDERED / Elizabeth D. Laporte / Judge Elizabeth D. Laporte]

**HOWREY LLP**

[PROPOSED] ORDER REGARDING BRIDGELUX INC.'S
NOTICE OF WITHDRAWAL OF ITS MOTION TO QUASH CREE
INC.'S SUBPOENA TO LUMILEDS

1

CASE NO. 3:08-MC-80028 JSW (EDL)